UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 09-cr-124-01-JL

Antwuan Streater

O R D E R

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; trial is rescheduled to the two-week period beginning Tuesday, October 6, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Date:  August 27, 2009

cc:  James Dennehy, Esq.
     Robert Kinsella, Esq.
     U.S. Marshal
     U.S. Probation